## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ANTHONY L. CARMOUCHE                                    CIVIL ACTION

VERSUS
                                                       NO. 18-492-SDD-RLB
CIGNA HEALTH AND LIFE INSURANCE
COMPANY


### ORDER

On this date, the Court considered the parties' Joint Motion to Transfer.  After considering the Motion and the arguments of the parties contained the Motion, and with consent of the district judge, the Motion (R. Doc. 6) is be **GRANTED**.  Accordingly,

**IT IS ORDERED** that this case is hereby transferred to the Lafayette Division of the United States District Court for the Western District of Louisiana.

Signed in Baton Rouge, Louisiana, on June 7, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**