UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANTHONY L. CARMOUCHE, | § § | CASE NO. 6:18-CV-00774 |
| *Plaintiff*, | § § | |
| vs. | § § | |
| | § | DISTRICT JUDGE DOUGHTY |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | § § § | |
| *Defendant*. | § § § § | MAGISTRATE JUDGE WHITEHURST |

**NOTICE OF SETTLEMENT AND JOINT MOTION FOR
DISMISSAL WITH PREJUDICE**

Plaintiff Anthony L. Carmouche and Defendant Cigna Health and Life Insurance Company[1] hereby notify the Court that they have resolved all matters in dispute between them and that further prosecution of this lawsuit is no longer necessary. Accordingly, the parties request that the Court dismiss any claims that were or could have been asserted by, through, or on behalf of Anthony L. Carmouche in this case with prejudice with each party bearing its own costs and fees.

---

[1] As noted in Defendant's Notice of Removal, Answer, and other filings, the actual claims administrator for the Plan that provides the benefits that Mr. Carmouche seeks is Life Insurance Company of North America (LINA), an indirect subsidiary of Cigna Corporation. Cigna Health and Life Insurance Company is a separate corporation that has been misidentified as a defendant and is wholly unrelated to the Plan under which Mr. Carmouche seeks disability benefits.

Date: June 26, 2019                                    Respectfully submitted,

LAWRENCE C. BILLEAUD                                   BAKER BOTTS L.L.P.

By: */s/ Lawrence C. Billeaud (by permission)*         By: */s/ Benjamin E. Gonsoulin*
    Lawrence C. Billeaud – *Trial Attorney*               Travis J. Sales – *Trial Attorney*
    Louisiana Bar Number 20106                              Texas Bar Number 17532080
    706 West University Avenue                              *Admitted pro hac vice*
    Lafayette, Louisiana 70506                              Benjamin E. Gonsoulin
    Telephone: (337) 266-2055                               Louisiana Bar Number 34562
    Facsimile: (337) 226-2056                               Matthew G. Sheridan
    lawrencebilleaud@lawrencebilleaudlaw.com                Texas Bar Number 24088404
                                                            *Admitted pro hac vice*
ATTORNEYS FOR PLAINTIFF                                 BAKER BOTTS L.L.P.
ANTHONY L. CARMOUCHE                                    910 Louisiana Street
                                                        Houston, Texas 77002
                                                        Telephone: (713) 229-1378
                                                        Facsimile: (713) 229-7878
                                                        travis.sales@bakerbotts.com
                                                        ben.gonsoulin@bakerbotts.com
                                                        matthew.sheridan@bakerbotts.com

                                                        ATTORNEYS FOR DEFENDANT
                                                        CIGNA HEALTH AND LIFE
                                                        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of June, 2019, a true and correct copy of the foregoing was served on all parties through the Court's Electronic Filing System (CM/ECF).

                                            */s/ Matthew G. Sheridan*
                                            Matthew G. Sheridan