UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ANTHONY L. CARMOUCHE** | * | **CASE NO. 6:18-CV-0774** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **CIGNA HEALTH AND LIFE INSURANCE COMPANY** | * | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

Upon consideration,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Dismissal with Prejudice [Doc. No. 26] is hereby **GRANTED.** All claims that were or could have been asserted by, through, or on behalf of Anthony L. Carmouche against Defendant Cigna Health and Life Insurance Company, Life Insurance Company of North America, or Cigna Corporation are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and fees. All relief not granted herein is expressly denied.

Monroe, Louisiana, this 27th day of June, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**